IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02006-LTB-KMT

THERESA L. MAI,

    Plaintiff,

v.

ECOLAB INC. A Delaware Corporation

    Defendant.

---

# ORDER

---

This matter is before the court on "Defendant's (Unopposed) Motion to Modify Courtroom Minutes/Minute Order Dated February 4, 2008" [Doc. No. 19, filed February 8, 2008]. The court has reviewed the tape recording of the hearing and concurs that the dates in the Minutes of the February 4, 2008 hearing [Doc. No. 15] are incorrect, as is one of the dates in the Scheduling Order [Doc. No. 16].

Therefore, the Defendant's Motion to Modify Courtroom Minutes/Minute Order Dated February 4, 2008 [Doc. No. 19] is GRANTED. The following dates were, and will continue to be, the schedule and deadline dates applicable to this case:

Joinder of Parties/Amendment to Pleadings: March 21, 2008
Fact Discovery: August 08, 2008
Dispositive Motions Deadline: September 05, 2008
Plaintiff's Disclosure of Experts: June 06, 2008
Defendant's Disclosure of Experts: July 06, 2008

Designation of Rebuttal Experts: July 18, 2008

Depositions of all witnesses, including experts completed: August 8, 23008

Final Date to Submit Interrogatories, Requests for Production of Documents and Requests for Admissions: July 6, 2008.

    Dated this 21st day of April, 2008.

                                      BY THE COURT:

                                      s/ Kathleen M. Tafoya
                                      KATHLEEN M. TAFOYA
                                      United States Magistrate Judge