IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02006-LTB-KMT

THERESA L. MAI,

    Plaintiff,

v.

ECOLAB INC. A Delaware Corporation

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Defendant's "Unopposed Motion for Extension to Respond to Plaintiff's First Set Discovery Requests and Motion to Vacate Settlement Conference" (#30, filed May 19, 2008) is GRANTED. The Settlement Conference set for June 9, 2008 is VACATED. Counsel are directed to place a conference call to chambers at (303) 335-2780 on or before June 2, 2008 to reset the Settlement Conference.

Dated: May 23, 2008