**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-02006-LTB-KMT

THERESA L. MAI,

    Plaintiff,

v.

ECOLAB, INC., a Delaware corporation,

    Defendant.

___

**ORDER OF DISMISSAL**
___

THIS MATTER having come before the Court on the Joint Stipulation for Dismissal With Prejudice (Doc 44 - filed September 2, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                  BY THE COURT:

                                  s/Lewis T. Babcock
                                  Lewis T. Babcock, Judge

DATED:   September 3, 2008